FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 20 AM 10: 16

CLERK _B Mc Carthy_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### AUGUSTA DIVISION

| | | |
|---|---|---|
| TIMOTHY C. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-024 |
| | ) | |
| CHARLES R. CULVER, | ) | |
| | ) | |
| Defendant. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims are **DISMISSED** without prejudice and this case is **CLOSED**.

SO ORDERED this 20th day of June, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

TIMOTHY C. WEST

_____ )

vs                        )        CASE NUMBER  CV105-24 _____

CHARLES R. CULVER         )        DIVISION      AUGUSTA _____
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.    Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.    That the aforementioned enveloped contained a copy of the document dated _____, which is part of the official record of this case.

Date of Mailing:     June 20, 2005 _____

Date of Certificate        ☒ same date,     or  _____

Scott L. Poff,  Clerk

By:  _Vara H. Burton_

Deputy Clerk

Name and Address

Timothy C. West, at home

☐  Copy placed in Minutes
☒  Copy given to Judge
☒  Copy given to Magistrate